# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| AMAZON.COM, INC. and AMAZON DATA SERVICES, INC.,<br><br>        Plaintiffs,<br><br>    v.<br><br>WDC HOLDINGS LLC dba NORTHSTAR COMMERCIAL PARTNERS; BRIAN WATSON; STERLING NCP FF, LLC; MANASSAS NCP FF, LLC; NSIPI ADMINISTRATIVE MANAGER; NOVA WPC LLC; WHITE PEAKS CAPITAL LLC; VILLANOVA TRUST; CARLETON NELSON; CASEY KIRSCHNER; ALLCORE DEVELOPMENT LLC; FINBRIT HOLDINGS LLC; CHESHIRE VENTURES LLC; 2010 IRREVOCABLE TRUST; SIGMA REGENERATIVE SOLUTIONS LLC; CTBSRM, INC; RODNEY ATHERTON; DEMETRIUS VON LACEY; RENRETS LLC,<br><br>        Defendants. | Case No. ___26-mc-00039-PAB___<br><br>Underlying Case in the U.S. District Court for the Eastern District of Virginia, Civil Action No. 1:20-cv-484-RDA-IDD |

**DECLARATION OF AMANDA J. STERLING IN SUPPORT OF AMAZON'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO SUBPOENA ISSUED TO KYLE RAMSTETTER**

I, Amanda J. Sterling, declare under penalty of perjury as follows:

1.      I am a member in good standing of the District of Columbia Bar and the New York Bar.  I am an attorney at the law firm of Gibson, Dunn & Crutcher, LLP, and counsel of record for Amazon.com, Inc. and Amazon Data Services, Inc. ("Amazon") in the above-captioned action.  I submit this declaration in support of Amazon's Motion to Compel Production of Documents Responsive to Subpoena Issued to Kyle Ramstetter.

1

2.      Attached hereto as **Exhibit A** is a true and correct copy of a proof of service from Amazon's process server dated January 28, 2026, attesting to having served a subpoena duces tecum from Amazon on Kyle Ramstetter on January 26, 2026 in connection with the case captioned *Amazon.com, Inc., et al. v. WDC Holdings LLC, et al.*, No. 1:20-CV-484 (E.D. Va.).

3.      Attached hereto as **Exhibit B** is a true and correct copy of the subpoena duces tecum served on Kyle Ramstetter by Amazon's process server, dated January 23, 2026.

4.      Attached hereto as **Exhibit C** is a true and correct copy of a Statement of Facts filed on March 8, 2023 with a plea agreement entered into by Kyle Ramstetter in the case captioned *United States v. Ramstetter*, No. 1:23-cr-00027 (E.D. Va.), obtained from Pacer, ECF No. 11.

5.      Attached hereto as **Exhibit D** is a true and correct copy of the signed plea agreement filed on March 8, 2023 in *United States v. Ramstetter*, No. 1:23-cr-00027 (E.D. Va.), obtained from Pacer, ECF No. 10.

6.      Attached hereto as **Exhibit E** is a true and correct copy of a subpoena duces tecum that Amazon previously served on Kyle Ramstetter in the case *Amazon.com, Inc., et al. v. WDC Holdings LLC, et al.*, No. 1:20-CV-484 (E.D. Va.), dated December 15, 2021.

7.      Attached hereto as **Exhibit F** is a true and correct copy of a transcript of an audio recording, which Amazon understands purports to reflect a conversation between Amy Nelson and Kyle Ramstetter.  The recording was produced to Amazon on August 15, 2024, in native format by counsel for Carleton Nelson, who is a defendant in the case *Amazon.com, Inc., et al. v. WDC Holdings LLC, et al.*, No. 1:20-CV-484 (E.D. Va.).  The transcript was prepared from the recording on August 16, 2024 by TransPerfect Legal Solutions.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

2

Executed on March 2, 2026, in Alexandria, Virginia.

_____
Amanda J. Sterling