# EXHIBIT A

| Attorney or Party without Attorney:<br>Claudia M. Barrett, Esq.<br>Gibson, Dunn & Crutcher LLP<br>1700 M Street NW<br>Washington, DC 20036<br>Telephone No: 202-955-8500<br><br>Attorney For: Plaintiff | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>USDC Eastern District of Virginia | | |
| Plaintiff: Amazon.com, Inc., Amazon Data Services, Inc.<br>Defendant: WDC Holdings LLC dba Northstar Commerical Partners; Brian Watson; et al. | | |

| PROOF OF SERVICE | Hearing Date:<br>2/09/26 | Time:<br>10:00am | Dept/Div: | Case Number:<br>1:20-CV-484-RDA-TCB |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

3. *a. Party served:*    Kyle Ramstetter
   *b. Person served:*    Kyle Ramstetter

4. *Address where the party was served:*    11364 Mesa Verde Lane, Parker, CO 80138

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Jan 26 2026 (2) at: 08:47 AM

6. **Person Who Served Papers:**
   a. Bonnie Robinson ()                                              **d. *The Fee*** *for Service was:*
   b. FIRST LEGAL
      2920 N. GREEN VALLEY PARKWAY, SUITE 514
      HENDERSON, NV 89014
   c. (888) 599-5039

7. **I declare under penalty of perjury that the foregoing is true and correct.**

1/28/2026

*(Date)*                                              *(Signature)*

**PROOF OF
SERVICE**

*15049033
(419459)*