**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| AMAZON.COM, INC. and AMAZON DATA SERVICES, INC., | |
| Plaintiffs, | |
| v. | |
| WDC HOLDINGS LLC dba NORTHSTAR COMMERCIAL PARTNERS; BRIAN WATSON; STERLING NCP FF, LLC; MANASSAS NCP FF, LLC; NSIPI ADMINISTRATIVE MANAGER; NOVA WPC LLC; WHITE PEAKS CAPITAL LLC; VILLANOVA TRUST; CARLETON NELSON; CASEY KIRSCHNER; ALLCORE DEVELOPMENT LLC; FINBRIT HOLDINGS LLC; CHESHIRE VENTURES LLC; 2010 IRREVOCABLE TRUST; SIGMA REGENERATIVE SOLUTIONS LLC; CTBSRM, INC; RODNEY ATHERTON; DEMETRIUS VON LACEY; RENRETS LLC, | CASE NO. 26-MC-00039-PAB<br><br>Underlying Case in the U.S. District Court for the Eastern District of Virginia, Civil Action No. 1:20-cv-484-RDA-IDD |
| Defendants, | |
| AND | |
| KYLE RAMSTETTER, | |
| Party of Interest. | |

**NOTICE OF APPEARANCE**

J. Alex Little, of the law firm Litson PLLC, gives notice of his appearance in

the above-captioned matter as lead counsel of record on behalf of a party of interest,

Kyle Ramstetter, and requests that all further pleadings, correspondence, and other

communications be directed and served at the address shown in the signature line below.

April 15, 2026.                                 Respectfully submitted,

*/s/ J. Alex Little*
J. Alex Little (TN BPR #29858)
Litson PLLC
54 Music Square East, Suite 300
Nashville, TN 37203
Telephone: 615-985-8205
E-mail: alex@litson.co
*Attorney for Kyle Ramstetter*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of April 2026, a true and correct copy of the foregoing has been served via the Court's CM/ECF system upon all counsel of record.

*/s/ J.Alex Little*