# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

AMAZON.COM, INC. and AMAZON DATA SERVICES, INC.,

          Plaintiffs,

       v.

WDC HOLDINGS LLC dba NORTHSTAR COMMERCIAL PARTNERS; BRIAN WATSON; STERLING NCP FF, LLC; MANASSAS NCP FF, LLC; NSIPI ADMINISTRATIVE MANAGER; NOVA WPC LLC; WHITE PEAKS CAPITAL LLC; VILLANOVA TRUST; CARLETON NELSON; CASEY KIRSCHNER; ALLCORE DEVELOPMENT LLC; FINBRIT HOLDINGS LLC; CHESHIRE VENTURES LLC; 2010 IRREVOCABLE TRUST; SIGMA REGENERATIVE SOLUTIONS LLC; CTBSRM, INC; RODNEY ATHERTON; DEMETRIUS VON LACEY; RENRETS LLC,

          Defendants.

Case No. 1:26-mc-00039-PAB

Underlying Case in the U.S. District Court for the Eastern District of Virginia, Civil Action No. 1:20-cv-484-RDA-IDD

## STATUS UPDATE REGARDING AMAZON'S EXPEDITED MOTION FOR AN ORDER TO SHOW CAUSE

Petitioners Amazon.com, Inc. and Amazon Data Services, Inc. (together, "Amazon") respectfully submit this Status Update regarding Amazon's Expedited Motion for an Order to Show Cause Why Kyle Ramstetter Should Not Be Held in Contempt of Court for Failure to Comply with Order to Respond to Subpoena ("OSC Motion"), ECF No. 9. In the OSC Motion, Amazon requested a hearing on or before April 17, 2026, if feasible, in light of the then-pending deposition of Kyle Ramstetter scheduled for April 20, 2026. ECF 9 at 8. After that filing, several

developments have mitigated the urgency of Amazon's motion such that Amazon still requests an order to show cause for failing to comply with the Court's order, but Amazon no longer requests an expedited hearing on this motion.

On Friday evening, April 10, the undersigned counsel received a call from an attorney, Alex Little of Litson PLLC, who represents defendants in the Eastern District of Virginia Matter ("EDVA Matter").  Mr. Little informed counsel that he has been in contact with Ramstetter and intends to represent Ramstetter at his deposition and in these subpoena enforcement proceedings. On the call, Mr. Little also informed counsel that Ramstetter planned to produce documents responsive to Amazon's subpoena that weekend, but Amazon did not receive any documents over the weekend.

In the EDVA Matter, Mr. Little represents two individual defendants, Carlton Nelson and Casey Kirshner, who worked at Amazon and received kickbacks for their role in facilitating real estate deals to the other defendants in that matter.  Because Ramstetter has a cooperation agreement with Amazon and had previously provided testimony adverse to Mr. Little's other clients, on April 13, 2026, Amazon asked Mr. Little to explain his position as to why his representation of Ramstetter does not create a conflict of interest.  Mr. Little did not respond to that email.

On April 14, Amazon's counsel informed Mr. Little (i) that Amazon intends to move to disqualify Mr. Little from representing Mr. Ramstetter in these proceedings, and (ii) that it was postponing Mr. Ramstetter's deposition pending resolution of that motion and Ramstetter's compliance with his obligation to produce documents responsive to Amazon's subpoena.  Mr. Little responded to this email the night of April 14 stating that he was confident he was not violating ethical rules with his joint representation, but he declined to elaborate on the ground that

2

he could not share confidential communications with his clients, including how they view the case and their interests.  He also stated that he hoped to produce documents responsive to the subpoena later that evening, but Amazon did not receive a production from Litson PLLC until close to noon eastern time today, which Amazon has not yet been able to review.

Therefore, there is less urgency for the Court to resolve Amazon's OSC Motion, and Amazon no longer requests an expedited hearing or timeline.  Amazon nonetheless maintains that Ramstetter should respond to Amazon's Motion to Show Cause stating, among other things, whether he has fully complied with the subpoena and explaining why he should not be held in contempt for his failure to comply with this Court's order setting an April 7 deadline to produce responsive documents.

Dated: April 15, 2026

Respectfully submitted,

*/s/ Amanda J. Sterling*
Amanda J. Sterling
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, DC 20036-4583
Telephone: (202) 955-8500
Facsimile: (202) 467-0539
asterling@gibsondunn.com

*Counsel for Amazon.com, Inc. and Amazon Data Services, Inc.*

3

## CERTIFICATE OF SERVICE

I hereby certify that I have caused or will cause the foregoing document, titled Status Update Status Update regarding Amazon's Expedited Motion for an Order to Show Cause to have been served on all counsel of record in the underlying proceedings (including Mr. Little) by e-mail this 15th day of April 2026.

*/s/ Amanda J. Sterling*
Amanda J. Sterling